IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UTHAIWAN WONG-OPASI, PH.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:04-0646 |
| | ) | |
| RICHARD ROOKER and NORMAN | ) | JUDGE ECHOLS |
| "RICHARDSON" OR "ROBINSON," | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

Presently pending before the Court are the following motions by Plaintiff, acting pro se: (1) "Motion for Review of Order Affirming Magistrate Judge's Order" (Docket Entry No. 52); (2) "Objection To and Motion for Review of Order Affirming Court Clerk's Error" (Docket Entry No. 54); and (3) "Second Motion to Strike Defendants' Answers" (Docket Entry No. 59). All three motions are construed as Motions to Reconsider under Federal Rule of Civil Procedure 54(b). (Docket Entry No. 62). Defendants have not responded to Plaintiff's Motions. For the reasons explained in the Memorandum entered contemporaneously herewith, Plaintiffs' Motions are hereby DENIED.

Plaintiff has also filed an "Affidavit Re: Non-Receipt of Notice Regarding Correct Name" (Docket Entry No. 58), notifying the Court that Defendants have not complied with the Court's Order of June 6, 2005, requiring Defendants' counsel to advise the Court of the proper name of Defendant Norman "Richardson" or "Robinson."

1

(Docket Entry No. 46). Defendants are hereby ORDERED to so advise the Court within five (5) days of the entry of this Order and accompanying Memorandum. Failure to comply with the Court's Order may result in the imposition of sanctions against defense counsel.

Further, Plaintiff is hereby advised that if she continues to serve Defendants at their home addresses in violation of the Court's Orders, Plaintiff, too, may be subject to sanctions.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE

2

Case 3:04-cv-00646   Document 65   Filed 10/18/05   Page 2 of 2 PageID #: 33